1  PAUL L. REIN, Esq. (SBN 43053)
2  CELIA MCGUINNESS, Esq. (SBN 159420)
   CATHERINE CABALO (SBN 248198)
3  LAW OFFICES OF PAUL L. REIN
   200 Lakeside Drive, Suite A
4  Oakland, CA  94612
   Telephone:  510/832-5001
5  Facsimile:   510/832-4787

6  Attorneys for Plaintiff
   ZACHARY WOODFORD
7

8  * *Defendants and their respective counsel listed after the caption.*

9

10           UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13 ZACHARY WOODFORD,                  Case No. 14-03531 BLF

14                                    Civil Rights

15         Plaintiff,                 **STIPULATION AND [PROPOSED]
                                      ORDER OF DISMISSAL WITH
16                                    PREJUDICE PURSUANT TO FED. R.
                                      CIV. P. 41(a)(1)(A)(ii)**
17    v.

18
   C. STAGNARO FISHING
19 CORPORATION dba GILDA'S
   RESTAURANT; CITY OF SANTA
20 CRUZ; and DOES 1-10, Inclusive,

21        Defendants.

22 GEORGE J. KOVACEVICH, ESQ. (SBN 48125)
   CATHERINE M. BRONSON, ESQ. (SBN 267527)
23 ATCHISON, BARISONE, CONDOTTI & KOVACEVICH
   A Professional Corporation
24 PO BOX 481
   Santa Cruz, CA 95061-0481
25 Telephone: (831) 423-8383
   Facsimile:  (831) 576-2269
26 Email:     gkovacevich@abc-law.com

27 Attorneys for Defendant
   CITY OF SANTA CRUZ
28

1  ROBERT E. BOSSO, ESQ. (State Bar No. 036641)
   BOSSO WILLIAMS
2  A Professional Corporation
   133 Mission Street, Suite 280
3  P.O. Box 1822
   Santa Cruz, California 95061-1822
4  Telephone: (831) 426-8484
   Facsimile: (831) 423-2839
5  rbosso@bossowilliams.com

6  Attorneys for Defendant
   C.STAGNARO FISHING CORPORATION
7  dba GILDA'S RESTAURANT

8

9  **TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL**

10 **PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

11        Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff ZACHARY WOODFORD

12 ("Plaintiff") and Defendants C. STAGNARO FISHING CORPORATION dba

13 GILDA'S RESTAURANT and CITY OF SANTA CRUZ ("Defendants"), by and

14 through their respective counsel of record, hereby STIPULATE that Plaintiff's action

15 against Defendants be dismissed *with prejudice*.  This Stipulation of Dismissal with

16 prejudice is made pursuant to the terms and conditions of a Consent Decree and

17 Order as to Injunctive Relief Only (Docket No. 22), which resolves Plaintiff's claims

18 for injunctive relief and provides for this Court's continued jurisdiction for

19 enforcement purposes, and a separate Settlement Agreement and General Release,

20 which resolves, damages, attorney fees, litigation expenses, and costs.

21        **IT IS SO STIPULATED.**

22

23 Date:  April 29, 2015                    LAW OFFICE OF PAUL L. REIN

24

25                                          By:   */s/ Catherine Cabalo*
                                            CATHERINE CABALO, ESQ.
26                                          Attorneys for Plaintiff
                                            ZACHARY WOODFORD
27

28

1  Date:  April 29, 2015

ATCHISON, BARISONE, CONDOTTI & KOVACEVICH

   */s/ George Kovacevich*
By:  GEORGE KOVACEVICH, ESQ.
Attorneys for Defendant
C.STAGNARO FISHING CORPORATION dba GILDA'S RESTAURANT

8  Date:  April 29, 2015

BOSSO WILLIAMS

   */s/ Robert Bosso*
By:  ROBERT BOSSO, ESQ.
Attorneys for Defendant
SAN ANTONIO PARTNERS, LLC

# ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

IT IS SO ORDERED.

Dated: _____, 2015          _/s/ Beth Labson Freeman_
Honorable Beth Labson Freeman
United States District Judge

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on April 29, 2015, I, Catherine Cabalo, received the concurrences of George Kovacevich and Robert Bosso in the filing of this document.

*/s/ Catherine Cabalo*
Catherine Cabalo, Esq.